UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVYN J. DAGA HURTADO,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>ANGELA HOOVER, Warden of the Clinton County Correctional Facility, in her official capacity,<br><br>　　　　　　　Respondent. | CIVIL ACTION NO. 3:26-CV-00419<br><br>(MEHALCHICK, J.) |

# ORDER

**AND NOW**, on this 19th day of February, 2026, in consideration of the petition of Kevyn J. Daga Hurtado ("Daga Hurtado") (Doc. 1), the Court finds the following and **ORDERS**:

1. Daga Hurtado filed the instant petition on February 19, 2026, requesting that he be released from custody at the Clinton County Correctional Facility in McElhattan, Pennsylvania or that Respondent Angela Hoover provide an immediate bond. (Doc. 1).

2. According to Daga Hurtado, Respondent is detaining him and denying him a bond hearing pursuant to 8 U.S.C. § 1225(b)(2)(A), which provides that noncitizens who entered the United States without admission or parole are subject to detention. (Doc. 1).

3. Daga Hurtado avers that because he has been residing in the United States for over two years, he can only be detained under § 1226, under which he is entitled to a bond hearing. (Doc. 1).

4. Courts in the Third Circuit have found that § 1226, not § 1225(b)(2)(A), applies to noncitizens who previously entered the country and have been residing in the United States for an extended period of time prior to being apprehended and placed in removal proceedings. *See Cantu-Cortes v. O'Neill*, No. 25-CV-6338, 2025 WL 3171639 at 1-2 (E.D. Pa. Nov. 13, 2025); *see also Alexey Kashranov v. J.L. Jamison, et al.*, No. 2:25-CV-05555, 2025 WL 3188399 at 5 (E.D. Pa. Nov. 14, 2025); *see also Del Cid v. Bondi*, No. 3:25-CV-00304, 2025 WL 2985150 at 14-17 (W.D. Pa. Oct. 23, 2025); *see also*

   *Bethancourt Soto v. Soto*, No. 25-CV-16200, 2025 WL 2976572 at 4-7 (D.N.J. Oct. 22, 2025).

5. Courts in the Third Circuit have further found that noncitizens detained pursuant to § 1226 are generally entitled to a bond hearing. *See Cantu-Cortes*, 2025 WL 3171639 at 2; *see also Alexey Kashranov*, 2025 WL 3188399 at 8; *see also Del Cid*, 2025 WL 2985150 at 18; *see also Bethancourt Soto*, 2025 WL 2976572 at 9.

6. Daga Hurtado shall make immediate and proper service of the petition for writ of habeas corpus (Doc. 1) and this Order on Respondent.

7. Respondent shall not transfer Daga Hurtado without further order of this Court.

8. Respondent shall file her response to Daga Hurtado's petition on or before **THURSDAY, FEBRUARY 26, 2026**.

9. Daga Hurtado shall file his traverse on or before **THURSDAY, MARCH 5, 2026.** If he does not intend to file a traverse, counsel shall notify the Court as such, by email to **judge_mehalchick@pamd.uscourts.gov** with copy to all counsel of record.

          **BY THE COURT:**

          *s/ Karoline Mehalchick*
          **KAROLINE MEHALCHICK**
          **United States District Judge**